JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas O'Hagan,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The Hartford Financial Services Group, Inc.; Hartford Fire Insurance Company; Hartford Insurance Company of the Midwest,<br><br>　　　　Defendants. | Case No. **CV 12-7022-JFW (CWx)**<br><br>**JUDGMENT** |

　　　WHEREAS, the Court, in its Order Granting Stipulated Request for Dismissal Without Prejudice of Non-Employer Defendants, dated September 27, 2012 dismissed Defendants The Hartford Financial Services Group, Inc. and Hartford Insurance Company of the Midwest without prejudice;

　　　WHEREAS, the Court in its Order dated July 23, 2013 granted Defendant Hartford Fire Insurance Company's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Hartford Fire Insurance Company was entitled to

1  judgment as a matter of law on all claims for relief alleged
2  against it;
3     IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
4  DECREED, that judgment is entered in this action as follows:
5     1.  Plaintiff Thomas O'Hagan shall recover nothing from
6  Defendant Hartford Fire Insurance Company;
7     2.  Defendant Hartford Fire Insurance Company shall have
8  judgment in its favor on Plaintiff Thomas O'Hagan's entire
9  action; and
10    3.  Defendant Hartford Fire Insurance Company shall
11 recover from Plaintiff Thomas O'Hagan its costs of suit in
12 the sum of $_____.

14    The Clerk is ordered to enter this Judgment.

17 Dated: July 23, 2013            _____
                                          JOHN F. WALTER
18                                 UNITED STATES DISTRICT JUDGE